THOMAS P. O'BRIEN
United States Attorney
ROBB C. ADKINS
Assistant United States Attorney        **E-FILED: 5/29/2008**
Chief, Santa Ana Branch Office
JOSEPH T. MCNALLY (Cal. State Bar No.: 250289)
Assistant United States Attorney
    411 West Fourth Street
    Santa Ana, California 92701
    Telephone: (714) 338-3590
    Facsimile: (714) 338-3561
    E-mail:    Joseph.McNally@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 07-01331-GHK |
| Plaintiff, | [~~PROPOSED~~] FINDINGS OF FACT AND ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT |
| v. | |
| RONNIE GUERRERO, | |
| Defendant. | |

    THE COURT ADOPTS THE PARTIES STIPULATION AS ITS OWN AND ALSO FINDS AS FOLLOWS:

    1.   Defendant first appeared before a judicial officer in the court in which this charge is pending on November 15, 2007. The Indictment in this case was filed on November 30, 2007. On December 10, 2007 defendant was arraigned on the Indictment and trial was set for January 22, 2008 at 9:30 a.m.

    2.   Defendant filed motions to suppress evidence on March 27, 2008 and May 8, 2008. On May 14, 2008, the Court conducted an evidentiary hearing regarding the motion to suppress evidence filed on March 27, 2008 and ordered the parties to submit supplemental briefing.

3.   Additional reasonable time is necessary for effective preparation of a defense, taking into account the exercise of due diligence and the continuity of counsel, in order for defendant's counsel to review additional discovery, conduct additional factual investigation, and review potential evidence in the case, and adequately prepare for trial in this matter.

4.   Defendant's counsel has discussed the proposed continuance with defendant, and he has no objection.

5.   Accordingly, the time period from June 3, 2008, inclusive, to the date that the Court issues its rulings on defendant's March 27, 2008 and May 8, 2008 motions an excludable period of time for the following reasons:

   a.   Pretrial motions are pending before the Court, See 18 U.S.C. § 3161(h)(1)(F);

   b.   The requested continuance is necessary to afford defendant's counsel reasonable time necessary for effective preparation of a defense, taking into account the exercise of due diligence, and the continuity of counsel, see 18 U.S.C. § 3161(h)(8)(B)(iv);

   c.   The continuance is not based on congestion of the Court's calendar, nor on the lack of diligence on the part of the attorney for the government or the defense, see 18 U.S.C. § 3161(h)(8)(c);

   d.   The ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial, see 18 U.S.C. § 3161(h)(8)(A); and

   e.   A failure to grant the continuance would result in a miscarriage of justice, see 18 U.S.C. § 3161(h)(8)(B)(I).

IT IS HEREBY ORDERED that the Court deems the time period from June 3, 2008 until the resolution of defendant's March 27, 2008 and May 8, 2008 motions, inclusive, an excludable period under 18 U.S.C. § 3161.

IT IS SO ORDERED

DATED: May    29_, 2008

_____
HON. GEORGE H. KING
United States District Judge

Presented by:

_____/s/_____
JOSEPH T. MCNALLY
Assistant United States Attorney