1
2
3
4
5
6
7
8
9
10
11
12
13
14

FILED
CLERK, U.S. DISTRICT COURT

AUG 1 5 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 07-1331-GHK |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| v. | ) HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| | ) Allegations of Violations of Probation/ |
| RONNIE GUERRERO | ) Supervised Release Conditions) |
| Defendant. | ) |

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The court finds no condition or combination of conditions that will reasonably assure:

    (A) [X] the appearance of defendant as required; and/or

    (B) [X] the safety of any person or the community.

//
//

The court concludes:

A. [X] Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: he will refrain from criminal conduct. See criminal history & current allegations.

(B) [✓] Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: he will make all future appearances. No bail resources + possible substance abuse.

IT IS ORDERED that defendant be detained.

DATED: 8/15/13

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE